UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
_____ DIVISION

FILED
JUN 25 2008
[signature] CLERK

Cameron G. Blair,
    Plaintiff,

CIV 08-4094

vs.

COMPLAINT

Douglas Weber, Bobo Ray, Ron Zilstra, S.D. Dept. of Corrections, Pheasantland Industries, Balance Systems Inc., Tim Reisch et al.,
    Defendant.

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       Yes ( )  No (X)

   B.  If your answer to "A" is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

       1.  Parties to this previous lawsuit:

           Plaintiffs ~~Cameron G. Blair~~

           Defendants ~~Douglas Weber, Bobo Ray, Ron Zi~~lstra

       2.  Court (if federal court, name the district; if state court, name the county) _____

       3.  Docket number _____

       4.  Name of Judge to whom case was assigned _____

       5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

       6.  Approximate date of filing lawsuit _____

       7.  Approximate date of disposition _____

(1)

II. PLACE OF PRESENT CONFINEMENT Mike Durfee State Prison, Springfield S.D.

A. Is there a prisoner grievance procedure in this institution? Yes (X) No ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes (X) No ( )

C. If your answer is yes,

1. What steps did you take? I filed an Informal Resolution, A Request for Administrative Remedy and an Appeal to the Sec. of Corrections Tim Reisch.

2. What was the result? A reply stating I had waited too long (30 days) to file my grievance's and a letter from the Sec. of Corrections he was giving my issue consideration while extending his reply time to April 2008.

D. If your answer is no, explain why not _____

He has not responded past this point; June 2008.

E. If there is no prison grievance procedure in the in the institution, did you complain to prison authorities? Yes ( ) No ( )

F. If you answer is yes,

1. What steps did you take? _____

2. What was the result? _____

III. PARTIES

In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff Cameron G. Blair
Address Mike Durfee State Prison, 1412 Wood St., Springfield S.D. 57062

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.

B. Name of Defendant Douglas Weber who is employed as Warden at S.D. State Pen

(2)

C.  Additional Defendants  See attatchment # III Parties.

IV. STATE OF CLAIM

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet(s) if necessary.

Begining In 2005, I was employed as a clerk for Pheasantland Ind. I was hired at 25¢ per hour and shortly thereafter I was given a raise to $5.15 an hour. During my minimum wage employment, I was forced to "Volunteer" 30% of my pay for "Cost of Incarceration". I was also paid only 25¢ per hour while "training" for my job. During this "training" period I worked the same jobs that would pay me $5.15 per hour. When I met the excellerated quota for one section I would be moved to another area and continue "Training" at 25¢ per hour. The total number of "Training" hours was roughly 700, equaling $3605 →

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1) I would like $6000, plus filing fees and Court Costs.
2) I would like the payment to be sent directly to my family with no further D.O.C. deductions taken from the check.
3) If a financial settlement is unreachable, I would like to have the D.O.C. place me under the "Old Law" regarding parole eligibility.
4) I would like each defendant held accountable "in both their official and Individual capacity.
5) I would like a jury trial

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Signed and executed this 21 day of June, 2008.

                                                            Cameron J. B____
                                                            Signature of Plaintiff

(9/96)

(3)

\# III  Parties  Continued

C. Addition Defendants

2) Bob (Robert) Ray        Supervisor; Pheasantland Ind.
S.D. State Pen.   Sioux Falls S.D.

3) Ron Zilstra          Supervisor; Pheasantland Ind.
S.D. State Pen (employment terminated)
Sioux Falls S.D.

4) Tim Reisch        Sec. of Corrections
S.D. Department of Corrections   Pierre S.D.

5) South Dakota Department of Corrections et al.
Pierre S.D.

6) Pheasantland Industries   a subsidiary of the D.O.C.
Sioux Falls S.D.  et al.

7) Balance Systems Inc.   Emp. Contractor with D.O.C.
Sioux Falls, S.D.         et al.

\#

## IV   State of Claim   Continued

The total amount of <u>forced</u> "Volunteer" <u>Cost of Incarceration</u> deductions came to roughly $3000. I made a request to the D.O.C. accountant Tim Simms and asked that my "Voluntary" 30% Cost of Incarceration deduction be terminated and my entire payroll be applied to my Child Support payment. Mr. Simms replied that if I continued this request I would be fired. (I have the original correspondence from Mr. Simms)

LEGAL MAIL

Cameron Blair #40189
Mike Durfee State Prison
1412 Durfee [illegible]

Clerk, U.S. District Court
Room 128, 400 S. Phillips Ave.
Sioux Falls S.D.
57104