UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
MAR 24 2009
[signature] CLERK

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| CAMERON G. BLAIR, | CIV. 08-4094 |
| Plaintiff, | |
| -vs- | JUDGMENT |
| BOB RAY, Supervisor, Pheasantland Ind.; RON ZILSTRA, Supervisor, Pheasantland Ind.; TIM REISCH, Secretary of Corrections; SOUTH DAKOTA DEPARTMENT OF CORRECTIONS; PHEASANTLAND INDUSTRIES, a subsidiary of the DOC; BALANCE SYSTEMS, INC., Emp. contractor with DOC; DOUGLAS WEBER, Warden, South Dakota State Penitentiary; | |
| Defendants. | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

The Court having entered its Order dismissing Plaintiff's Complaint, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Complaint is dismissed, with prejudice, for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and 28 U.S.C. § 1915A(b)(1).

Dated this 24th day of March, 2009.

BY THE COURT:

[signature]
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
By [signature] , Deputy

(SEAL)